UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Eddie Watson,

    Plaintiff,   Case No. 12-10040

v.   Hon. Nancy G. Edmunds

United Bank and Trust, et al.,

    Defendants.
_____/

ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

This matter has come before the Court on the Magistrate Judge's Report and Recommendation.  Being fully advised in the premises and having reviewed the record and the pleadings, including the Report and Recommendation and any objections thereto, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation.

IT IS HEREBY ORDERED that Plaintiff's Complaint is HEREBY DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction.

IT IS FURTHER ORDERED that Plaintiff's Petition to Reverse Transfer of Case from Civil Docket No. 2-12-cv-10040 Back to Miscellaneous Docket No. 2:11-mc-51371 [#7] is DENIED AS MOOT, and Defendants' Ex-Parte Motion for Issuance of Order to Show Cause [#6] is DENIED AS MOOT.

    s/Nancy G. Edmunds
    Nancy G. Edmunds
    United States District Judge

Dated:  May 8, 2012

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 8, 2012, by electronic and/or ordinary mail.

    s/Carol A. Hemeyer
    Case Manager